**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Lisa McDonald

          Plaintiff,

v.

          Case No.: 1:15−cv−06488

          Honorable Harry D. Leinenweber

Consumerbase, LLC d/b/a Consumerbase Exact Data, LLC, an Illinois Limited Liability Company, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 15, 2016:

    MINUTE entry before the Honorable Harry D. Leinenweber:Cause voluntarily dismissed by plaintiff. Status hearing stricken.Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.